**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 151 MAL 2020

Respondent

v.

DAMEON LYDELL BUMBARGER,

Petitioner

:    Petition for Allowance of Appeal
:    from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.